■ ROSE SPIRA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [817 NYS2d 511]—In an action to recover damages for personal injuries, the plaintiff appeals from a judg-

ment of the Supreme Court, Kings County (Garry, J.), entered May 9, 2001, which, upon a jury verdict on the issue of liability, is in favor of the defendant and against her, dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

A jury verdict should not be set aside as against the weight of the evidence unless the jury could not have reached its verdict by any fair interpretation of the evidence (*see Nicastro v Park,* 113 AD2d 129 [1985]). In this case, the jury's verdict in favor of the defendant was not against the weight of the evidence. Ritter, J.P., Krausman, Lifson and Lunn, JJ., concur.